172 A.3d 1086

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WAYNE B. HIX, A/K/A WAYNE BILAL HIX, WAYNE HICKS, AND WAYNE B. HICKS, DEFENDANT-PETITIONER.

C–283 September Term 2017
079472

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005387–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1086

FISHER, KRYSTAL AND DAVID, PLAINTIFFS-PETITIONERS, v. CITY OF MILLVILLE, DEFENDANT-RESPONDENT.

C–267 September Term 2017
079748

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003351–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.